UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

| | |
|---|---|
| GMAC/Residential Funding Corporation, a Delaware corporation, | Civil File No. 06-CV-433 (PAM/JSM) |
| Plaintiff, | |
| vs. | **ORDER** |
| Integrus Mortgage, LLC, f/k/a Znet Financial, LLC, a Georgia corporation, | |
| Defendant. | |

---

The above-entitled matter came before the Court upon Plaintiff's Motion for Default Judgment. Based upon all the files and proceedings herein, the Court being fully advised in the premises,

IT IS ORDERED:

That default judgment be ordered against Defendant for breach of contract in the amount of $373,463.70 for their failure to appear in this matter.

That Plaintiff be awarded reasonable attorneys' fees, costs and disbursements in the amount of $3,322.90.

That total default judgment is awarded in the amount of $376,786.60.

Dated: May 11, 2006                          BY THE COURT:


                                             s/ Paul A. Magnuson
                                             Judge Paul A. Magnuson
                                             U.S. District Court